Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510  f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>v.<br>Porsha LEE<br>　　　　　　　Defendant. | Case No.　　3:14-CR-184-JO-3<br><br>WAIVER OF APPEARANCE |

　　COMES NOW defendant Porsha Lee, by and through her attorney Benjamin Andersen, and respectfully WAIVES her appearance at the upcoming status conference. Having been informed of this hearing and its purpose, Ms. Lee allows Mr. Andersen to appear and act in her behalf at that hearing.

　　DATED this 14th day of July, 2014.

　　　　　　　　　　　　　　　　Pacific Northwest Law, LLP

　　　　　　　　　　　　　　　　/s/ (intended as original in electronic filings)
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Benjamin T. Andersen, OSB 06256
　　　　　　　　　　　　　　　　Attorney for Defendant

PAGE 1 – WAIVER OF APPEARANCE
　　　United States v. Lee, et al., USDC Oregon Case No. 3:14-CR-184-JO-3